PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Luis Miguel Aybar                                         Cr.: 20-00695-001
                                                                            PACTS #: 59442

Name of Sentencing Judicial Officer:    THE HONORABLE SAMUEL GRAYSON WILSON,
                                         UNITED STATES DISTRICT JUDGE (WD/VA)

                                         THE HONORABLE JOHN MICHAEL VAZQUEZ
                                         UNITED STATES DISTRICT JUDGE
                                         (JURISDICTION TRANSFERRED 08/05/2020)

Date of Original Sentence: 01/06/2011

Original Offense:   Conspiracy to Distribute 50 grams or More of Cocaine Base, 21 U.S.C. §§ 846 and 841(a)(1)

Original Sentence: 120 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Search/Seizure, Drug Treatment, Other Condition

Type of Supervision: Supervised Release                    Date Supervision Commenced: 02/01/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Marijuana Use |

U.S. Probation Officer Action:

On September 24, 2021, during a home visit, the undersigned officer requested a urine specimen from Mr. Aybar and the results provided a presumptive positive for marijuana. Following the administration of the urine screening, Mr. Aybar admitted he smoked marijuana on September 17, 2021, because he has been stressed due to his federal supervision and because his sister has a brain tumor. Aybar also stated his 21-year-old nephew passed away a few months ago in a motor vehicle accident, near his home. Mr. Aybar signed an "admission of drug use" form.

The probation office initially recommended the Court to take no action to allow Mr. Aybar the opportunity to engage in treatment and address any substance abuse issues. Mr. Ayabar initially agreed to attend a treatment program. The undersigned officer has attempted on two occasions (on October 15 and October 21) to have Mr. Aybar attend Narcotics Anonymous meetings, but he has refused, stating he is no longer interested in attending any program because he feels he does not need it and wants to address the Court to explain his reasoning. The probation office requests a status conference for the Court to decide on whether Mr. Aybar should attend a substance abuse treatment program.

Prob 12A – page 2
Luis Miguel Aybar

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Santiago A. Cornejo, JR.*
By:   SANTIAGO A. CORNEJO, JR.
U.S. Probation Officer

/ sac

APPROVED:

*Sharon O'Brien*   *November 8, 2021*
SHARON O'BRIEN                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ The Court Schedules a Status Hearing: Date 11/29/21 at 2:00 (as recommended by the Probation Office)

_____
Signature of Judicial Officer

11/8/21
Date